# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3310
_____

JERMICHAEL LINDSEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

March 12, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice Kaye Brower, Office of Regional Conflict Counsel, Gainesville, Melissa Joy Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.